IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ELIZABETH DALEY,

    Plaintiff,

vs.                                       CASE NO.: 3:08cv177/MCR/MD

INTRAWEST SANDESTIN
COMPANY, LLC, et al.,

    Defendants.
_____/

## AMENDED ORDER OF DISMISSAL

This matter is before the Court upon the parties' Joint Motion for Dismissal with Prejudice. (Doc. 52). The previously entered Order of Dismissal (doc. 51) is amended to the extent this case is dismissed consistent with the parties' motion. The Clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 17th day of April, 2009.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**